11234150

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00204 |
| | ) Assigned to: Judge Harvey, G. Michael |
| JASON DANIEL RIDDLE | ) Assign Date: 2/5/2021 |
| AKA: JASON RIDDLE | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JASON DANIEL RIDDLE ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a) (1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 641 - Theft of Government Property
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date:   02/05/2021

Digitally signed by
G. Michael Harvey
Date: 2021.02.05
14:44:13 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.    G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/8/2021 , and the person was arrested on *(date)* 2/8/2021
at *(city and state)* Bedford, NH .

Date:   2-8-2021      TFO [signature]
*Arresting officer's signature*

K. LeBlanc    TFO   Boston/Bedford
*Printed name and title*   RA